# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS L. ZAMMER | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HERMAN MILLER, INC. | : | No. 10-922 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **June, 2010,** upon consideration of Defendant Herman Miller, Inc.'s Motion to Stay and Compel Arbitration, Defendant Herman Miller, Inc.'s Motion to Dismiss, Plaintiff Nicholas Zammer's responses thereto, and all replies thereon, and for the reasons stated in this Court's memorandum dated June 22, 2010, it is hereby **ORDERED** that:

1. Defendant's Motion to Stay and Compel Arbitration (Doc. No. 5) is **GRANTED**.

2. Defendant's Motion to Dismiss Plaintiff's Claims for Fraud and Promissory Estoppel (Doc. No. 4) is **DENIED without prejudice**.

3. The Clerk of Court is directed to place this case in suspense.

BY THE COURT:

**Berle M. Schiller, J.**