IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS L. ZAMMER | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HERMAN MILLER, INC. | : | No. 10-922 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **18th** day of **October, 2011,** upon consideration of Defendant Herman Miller, Inc.'s Motion to Confirm Arbitration Award, Plaintiff's Opposition to Motion to Confirm Arbitration Award, Plaintiff's Cross-Motion to Set Aside Arbitration Award, Defendant's Opposition to Plaintiff's Cross-Motion to Vacate Arbitration Award, Plaintiff's reply thereon, and for the reasons stated in this Court's memorandum dated October 18, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion to Confirm Arbitration Award (Document No. 22) is **GRANTED**.

2. Plaintiff's Cross-Motion to Set Aside Arbitration Award (Document No. 23) is **DENIED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**